TYLER R. DOWDALL, State Bar No. 258950
*tdowdall@tarterkrinsky.com*
RENATA A. GUIDRY, State Bar No. 227713
*rguidry@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone:  (424) 330-8580/(424) 425-7486
Facsimile:  (315) 512-1465

*Attorneys for Defendant*
GRAND BARGAIN LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CORSAIR GAMING, INC. d/b/a CORSAIR,<br><br>Plaintiff,<br><br>v.<br><br>GRAND BARGAIN LTD.,<br><br>Defendant | CASE NO. 3:25-cv-03532-MMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PER CIVIL L.R. 6-1(a)**<br><br>District Judge: Hon. Maxine M. Chesney<br><br>COMPLAINT FILED: April 22, 2025 |

*STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PER CIVIL L.R.*
*6-1(a)*
Case No. 3:25-cv-03532-MMC

093820\2\171178826.v1

1    Pursuant to Civil Local Rule 6-1(a), Defendant Grand Bargain Ltd.
2  ("Defendant") and Plaintiff Corsair Gaming, Inc. d/b/a Corsair. ("Plaintiff"), by and
3  through their respective attorneys of record, hereby stipulate to extend the
4  Defendant's deadline to respond to the Plaintiff's Complaint by thirty (30) days from
5  May 14, 2025 to June 13, 2025.

6                                    **RECITALS**

7    WHEREAS, on April 22, 2025, Plaintiff filed its Complaint (ECF No. 1) in this
8  Court;

9    WHEREAS, on April 23, 2025, Defendant was served with the Complaint
10 (ECF No. 7);

11   WHEREAS, on April 23, 2025, Plaintiff returned the executed Summons (ECF
12 No. 7);

13   WHEREAS, the Parties have agreed under Civil Local Rule 6-1(a) to extend
14 Plaintiff's time to respond to the Complaint by thirty (30) days, from May 14, 2025,
15 to, and including, June 13, 2025;

16   WHEREAS, this is Defendant's first request for an extension to file a response
17 to the Complaint;

18   WHEREAS, the reason for this request is that the undersigned counsel firm
19 was recently retained by Defendant in connection with this matter and needs time to
20 gather information in order to evaluate and respond to the Complaint.

21   WHEREAS, the extension of time to respond to the Complaint will not alter
22 the date of any event or deadline already fixed by Court order;

23   WHEREAS, the extension of time to respond to the Complaint is not sought
24 for the purpose of unnecessary delay.

25                                   **STIPULATION**

26   ACCORDINGLY, the Parties hereby STIPULATE and AGREE as follows:

27   1.    Defendant's deadline to respond to the Complaint shall be extended to
28          June 13, 2025;

*STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PER CIVIL L.R.
6-1(a)*

Case No. 3:25-cv-03532-MMC

093820\2\171178826.v1

2.      This Stipulation may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**IT IS SO STIPULATED.**

*(Signatures on following page)*

*STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PER CIVIL L.R. 6-1(a)*

Case No. 3:25-cv-03532-MMC

093820\2\171178826.v1

Respectfully submitted,

DATED:  May 13, 2025          **K&L GATES LLP**


By:      */s/ Jason N. Haycock*
         Jason Nathaniel Haycock
         **K L GATES LLP**
         Four Embarcadero Center, Suite 1200
         San Francisco, CA 94111
         (415) 882-8200
         Fax: (415) 882-8220
         Email: *jason.haycock@klgates.com*

         Katherine Taylor Yamahata
         **K L GATES LLP**
         Four Embarcadero Center, Suite 1200
         San Francisco, CA 94111
         (415) 882-8024
         Email: *taylor.yamahata@klgates.com*
         *Attorneys for Plaintiff*
         CORSAIR GAMING, INC.

DATED: May 13, 2025          **TARTER KRINSKY & DROGIN LLP**


By:      */s/ Tyler R. Dowdall*
         TYLER R. DOWDALL
         *tdowdall@tarterkrinsky.com*
         RENATA A. GUIDRY
         *rguidry@tarterkrinsky.com*
         **TARTER KRINSKY & DROGIN LLP**
         2029 Century Park East, Suite 400N
         Los Angeles, California 90067
         Telephone:    (424) 330-8580
         Facsimile:    (315) 512-1465
         *Attorneys for Defendant*
         GRAND BARGAIN LTD.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I electronically filed the above document(s) and attachments with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Date: May 13, 2025

/s/  *Tyler R. Dowdall*
Tyler R. Dowdall

*STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT PER CIVIL L.R. 6-1(a)*

Case No. 3:25-cv-03532-MMC

093820\2\171178826.v1