TYLER R. DOWDALL, State Bar No. 258950
*tdowdall@tarterkrinsky.com*
RENATA A. GUIDRY, State Bar No. 227713
*rguidry@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone:   (424) 330-8580/(424) 425-7486
Facsimile:   (315) 512-1465

*Attorneys for Defendant*
GRAND BARGAIN LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CORSAIR GAMING, INC. d/b/a CORSAIR, <br><br> Plaintiff, <br><br> v. <br><br> GRAND BARGAIN LTD., <br><br> Defendant | CASE NO. 3:25-cv-03532-MMC <br><br> **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** <br><br> **JURY TRIAL DEMANDED** <br><br> District Judge: Hon. Maxine M. Chesney <br><br> COMPLAINT FILED: April 22, 2025 |

Defendant Grand Bargain Ltd. ("Defendant"), by and through its undersigned counsel, submits the foregoing answer and affirmative defenses in response to Plaintiff Corsair Gaming, Inc. d/b/a Corsair. ("Plaintiff")'s complaint, dated April 22, 2025 (Dkt. No. 1) (the "Complaint") as set forth below.  In response to all paragraphs of the Complaint, Defendant denies each and every allegation except as expressly admitted herein.  Defendant responds specifically to Plaintiff's averments as follows:

## NATURE OF THIS ACTION

1.      Defendant admits that the Complaint purports to seek injunctive relief and damages. Defendant denies the remaining allegations of paragraph "1" of the Complaint.

## JURISDICTION AND VENUE

2.      Defendant admits the allegations in paragraph "2" of the Complaint to the extent that this Court has subject matter jurisdiction over this action.

3.      Defendant denies the allegations in paragraph "3" of the Complaint.

4.      Defendant denies the allegations in paragraph "4" of the Complaint.

## PARTIES

5.      Defendant denies the allegations of paragraph "5" of the Complaint in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

6.      Defendant admits that it is a New York corporation with an address at 1252 53rd Steet, Unit 308, Brooklyn, NY 11219 and that its Amazon seller name is TheTechGroup (Amazon Seller ID A2D6O8U4XOTC9L).  Defendant admits that it has sold CORSAIR branded products through online marketplaces, including the Amazon.com marketplace. Defendant denies the remaining allegations of paragraph "6" of the Complaint.

## FACTS GIVING RISE TO THIS ACTION

7.      Defendant admits that the U.S. Patent and Trademark Office ("USPTO") has issued U.S. Registration No. 3,209,882 for "CORSAIR" for "High performance

computer components, namely memory modules; liquid cooling systems for computers, comprised of, water cooled heat sinks, pumps, radiators, reservoir fans and cooling blocks" according to the database maintained by the USPTO. Defendant denies the remaining allegations of paragraph "7" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

8.    Defendant denies the allegations of paragraph "8" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

9.    Defendant denies the allegations of paragraph "9" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

10.    Defendant denies the allegations of paragraph "10" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

11.    Defendant denies the allegations of paragraph "11" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

12.    Defendant denies the allegations of paragraph "12" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

13.    Defendant denies the allegations of paragraph "13" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

14.    Defendant denies the allegations of paragraph "14" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

15.    Defendant denies the allegations of paragraph "15" of the Complaint.

*DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES*

1    16.    Defendant denies the allegations of paragraph "16" of the Complaint in

2    that it lacks sufficient knowledge or information upon which to form a belief as to the

3    truth thereof.

4    17.    Defendant denies that any party needs to be "authorized" by a brand in

5    order to resell genuine goods. *See, e.g.*, *NEC Elecs. v. CAL Cir. Abco*, 810 F.2d 1506,

6    1509 (9th Cir. 1987) ("Trademark law generally does not reach the sale of genuine

7    goods bearing a true mark even though such sale is without the mark owner's

8    consent."). Defendant denies the remainder of the allegations in paragraph "18" of the

9    Complaint in that it presently lacks sufficient knowledge or information upon which

10    to form a belief as to the truth thereof.

11    18.    Defendant admits that it has sold CORSAIR branded products through

12    online marketplaces, including the Amazon.com marketplace.  To the extent further

13    allegations are made in this paragraph, Defendant denies the remainder of the

14    allegations in paragraph "18" of the Complaint in that it presently lacks sufficient

15    knowledge or information upon which to form a belief as to the truth thereof.

16    19.    Defendant denies that any party needs to be "authorized" by a brand in

17    order to resell genuine goods. *See, e.g.*, *NEC Elecs.*, *supra*, 810 F.2d at 1509.

18    Defendant denies the remainder of the allegations in paragraph "20" of the Complaint

19    in that it presently lacks sufficient knowledge or information upon which to form a

20    belief as to the truth thereof.

21    20.    Defendant denies the allegations of paragraph "20" of the Complaint.

22    21.    Defendant denies the allegations of paragraph "21" of the Complaint.

23    22.    Defendant admits the allegations of paragraph "22" of the Complaint to

24    the extent that it has sold CORSAIR branded products through online marketplaces,

25    including the Amazon.com marketplace.

26    23.    Defendant denies the allegations of paragraph "23" of the Complaint.

27    24.    Defendant denies the allegations of paragraph "24" of the Complaint.

28    25.    Defendant denies the allegations of paragraph "25" of the Complaint.

*DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES*                    Case No. 3:25-cv-03532-MMC

093820\2\180024975.v1

26. Defendant denies the allegations of paragraph "26" of the Complaint.

27. Defendant denies the allegations of paragraph "27" of the Complaint.

28. Defendant denies the allegations of paragraph "28" of the Complaint.

29. Defendant denies the allegations of paragraph "29" of the Complaint.

30. Defendant denies the allegations of paragraph "30" of the Complaint.

31. Defendant denies the allegations of paragraph "31" of the Complaint.

32. Defendant denies the allegations of paragraph "32" of the Complaint.

33. Defendant denies the allegations of paragraph "33" of the Complaint.

34. Defendant denies the allegations of paragraph "34" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

35. Defendant denies the allegations of paragraph "35" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

36. Defendant denies the allegations of paragraph "36" of the Complaint in that it presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

37. Defendant denies the allegations of paragraph "37" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

38. Defendant denies the allegations of paragraph "38" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

39. Defendant denies the allegations of paragraph "39" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

40. Defendant denies the allegations of paragraph "40" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

*DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES*

093820\2\180024975.v1
Case No. 3:25-cv-03532-MMC

41.    Defendant denies the allegations of paragraph "41" of the Complaint.

42.    Defendant denies the allegations of paragraph "42" of the Complaint.

43.    Defendant denies the allegations of paragraph "43" of the Complaint.

44.    Defendant denies the allegations of paragraph "44" of the Complaint.

45.    Defendant admits the allegations of paragraph "45" to the extent that Defendant sells products through online marketplaces, including the Amazon.com marketplace.

46.    Defendant denies the allegations of paragraph "46" of the Complaint.

47.    Defendant denies the allegations of paragraph "47" of the Complaint.

48.    Defendant denies the allegations of paragraph "48" of the Complaint.

49.    Defendant denies the allegations of paragraph "49" of the Complaint.

50.    Defendant denies the allegations of paragraph "50" of the Complaint.

51.    Defendant denies the allegations of paragraph "51" of the Complaint.

52.    Defendant denies the allegations of paragraph "52" of the Complaint.

53.    Defendant denies the allegations of paragraph "53" of the Complaint.

54.    Defendant denies the allegations of paragraph "54" of the Complaint.

55.    Defendant denies the allegations of paragraph "55" of the Complaint.

56.    Defendant denies the allegations of paragraph "56" of the Complaint.

57.    Defendant denies the allegations of paragraph "57" of the Complaint.

58.    Defendant denies the allegations of paragraph "58" of the Complaint.

59.    Defendant denies the allegations of paragraph "59" of the Complaint.

60.    Defendant denies the allegations of paragraph "60" of the Complaint.

61.    Defendant denies the allegations of paragraph "61" of the Complaint.

62.    Defendant denies the allegations of paragraph "62" of the Complaint.

63.    Defendant denies the allegations of paragraph "63" of the Complaint.

64.    Defendant denies the allegations of paragraph "64" of the Complaint in that it lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

*DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES*
Case No. 3:25-cv-03532-MMC

093820\2\180024975.v1

65.    Defendant denies the allegations of paragraph "65" of the Complaint.

66.    Defendant denies the allegations of paragraph "66" of the Complaint.

67.    Defendant denies the allegations of paragraph "67" of the Complaint.

68.    Defendant denies the allegations of paragraph "68" of the Complaint.

69.    Defendant denies the allegations of paragraph "69" of the Complaint.

70.    Defendant denies the allegations of paragraph "70" of the Complaint.

71.    Defendant denies the allegations of paragraph "71" of the Complaint.

72.    Defendant denies the allegations of paragraph "72" of the Complaint.

73.    Defendant denies the allegations of paragraph "73" of the Complaint.

74.    Defendant denies the allegations of paragraph "74" of the Complaint.

## <u>COUNT I</u>

75.    Defendant repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraphs "1" through "74" of the Complaint herein with the same force and effect as though set forth at length.

76.    Defendant admits that the Complaint purports to allege a claim for false designation of origin under 15 U.S.C. § 1125(a); however, Defendant denies that the Complaint states such a claim or that the action has any legal merit.

77.    Defendant denies the allegations of paragraph "77" of the Complaint.

78.    Defendant denies the allegations of paragraph "78" of the Complaint.

79.    Defendant denies the allegations of paragraph "79" of the Complaint.

80.    Defendant denies the allegations of paragraph "80" of the Complaint.

81.    Defendant denies the allegations of paragraph "81" of the Complaint.

82.    Defendant denies the allegations of paragraph "82" of the Complaint.

83.    Defendant denies the allegations of paragraph "83" of the Complaint.

84.    Defendant denies the allegations of paragraph "84" of the Complaint.

*DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES*
Case No. 3:25-cv-03532-MMC

093820\2\180024975.v1

**COUNT II**

85.    Defendant repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraphs "1" through "84" of the Complaint herein with the same force and effect as though set forth at length.

86.    Defendant admits that the Complaint purports to allege a claim for false advertising under 15 U.S.C. § 1125(a); however, Defendant denies that the Complaint states such a claim or that the action has any legal merit.

87.    Defendant denies the allegations of paragraph "87" of the Complaint.

88.    Defendant denies the allegations of paragraph "88" of the Complaint.

89.    Defendant denies the allegations of paragraph "89" of the Complaint.

90.    Defendant denies the allegations of paragraph "90" of the Complaint.

91.    Defendant denies the allegations of paragraph "91" of the Complaint.

92.    Defendant denies the allegations of paragraph "92" of the Complaint.

93.    Defendant denies the allegations of paragraph "93" of the Complaint.

**COUNT III**

94.    Defendant repeats and reiterates each and every one of the foregoing answers in response to the allegations made in paragraphs "1" through "93" of the Complaint herein with the same force and effect as though set forth at length.

95.    Defendant denies the allegations of paragraph "95" of the Complaint.

96.    Defendant denies the allegations of paragraph "96" of the Complaint.

97.    Defendant denies the allegations of paragraph "97" of the Complaint.

98.    Defendant denies the allegations of paragraph "98" of the Complaint.

99.    Defendant denies the allegations of paragraph "99" of the Complaint.

100.    Defendant denies the allegations of paragraph "100" of the Complaint.

**PRAYER FOR RELIEF**

To the extent that any response is required to any of the paragraphs contained in the Complaint following the word "WHEREFORE" (Complaint pp. 19-20), Defendant denies that Plaintiff is entitled to any relief requested. To the extent that any statement in the prayer

for relief is deemed factual, it is denied.

## AFFIRMATIVE DEFENSES

Defendant incorporates by reference the foregoing paragraphs in their entirety and asserts the following affirmative defenses to the claims set forth in the Complaint. Defendant reserves the right to allege additional Affirmative Defenses as they become known, and accordingly to amend this Answer.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted. In particular, the Complaint fails to provide any factual support for any of the claims from which the Court could conclude that Defendant is liable for any claim.

## SECOND AFFIRMATIVE DEFENSE

The Complaint is barred, in whole or in part, by the doctrines of acquiescence, waiver, estoppel, laches, and/or the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred by the exhaustion doctrine/first sale doctrine. In particular, the CORSAIR brand products sold by Defendant are not materially different than the CORSAIR products authorized for sale in the United States by Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, under the doctrine of unclean hands. In particular, Plaintiff's claims are barred by its own unlawful conduct, including its violations of the Magnuson-Moss Warranty Act and N.Y. GBL § 369-b.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred, in whole or in part, by trademark misuse.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred by license. On information and belief, Plaintiff has granted Amazon an irrevocable license to use the CORSAIR

9

*DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES*

Case No. 3:25-cv-03532-MMC

093820\2\180024975.v1

trademark on ASINs at issue and to sub-license the CORSAIR trademark to third-party resellers, like Defendants.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, for lack of standing. For example, on information and belief, Corsair does not own any valid U.S. trademark registrations.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant is not subject to personal jurisdiction in this Court.

## RELIEF REQUESTED

WHEREFORE, Defendant denies that Plaintiff is entitled to any relief and specifically to the relief requested and Defendant request relief as follows:

1.    That Plaintiff's Complaint be dismissed with prejudice in its entirety; and denial of any and all relief and prayers for damages to Plaintiff;

2.    That judgment be entered in favor of Defendant and that Defendant be awarded costs to the extent provided by law, and attorney's fees; and

3.    Any such further or other relief as the Court may deem just and proper.

DATED: June 13, 2025                    **TARTER KRINSKY & DROGIN LLP**

By:      */s/ Tyler R. Dowdall*
TYLER R. DOWDALL
*tdowdall@tarterkrinsky.com*
RENATA A. GUIDRY
*rguidry@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone:    (424) 330-8580
Facsimile:    (315) 512-1465
*Attorneys for Defendant*
GRAND BARGAIN LTD.

10
*DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2025, I electronically filed the above document(s) and attachments with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

Date: June 13, 2025

/s/  *Tyler R. Dowdall*
Tyler R. Dowdall

11
*DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES*

Case No. 3:25-cv-03532-MMC

093820\2\180024975.v1